UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 20-mj-80 |
| Plaintiff, | AFFIDAVIT |
| vs. | |
| Chat Bobtail Bear, | |
| Defendant. | |

---

I, Brent Johnson, under penalty of perjury, declare and state:

1. That I am a Deputy United States Marshal for the District of South Dakota, and have been so employed since 2008. As part of my duties I am tasked with investigating violations of Escape as outlined in 18 U.S.C § 751.

2. On March 29, 2020, I was assigned to conduct the investigation and apprehension of Chat Bobtail Bear based on a Notice of Escaped Federal Prisoner issued by the United States Bureau of Prisons.

3. On October 1, 2018, following a violation of his conditions of supervised release, Chat Bobtail Bear was sentenced by United States District Judge Charles Kornmann to twenty-two months and twenty-six days of imprisonment with no supervised release to follow.

4. On or about November 13, 2018, Chat Bobtail Bear was delivered to the Bureau of Prisons to begin service of his sentence by virtue of his Judgment and Commitment.

5. On March 24, 2020, Chat Bobtail Bear was transferred to the Community Alternatives of the Black Hills in Rapid City, South Dakota to continue his sentence. Bobtail Bear was to remain in the custody of the United States Bureau of Prisons while at the Community Alternative of the Black Hills until his projected release date of May 12, 2020.

6. On March 25, 2020, at 6:30pm, Chat Bobtail Bear was due to arrive at the Community Alternatives of the Black Hills located in Rapid City, South Dakota and failed to do so.

7. Chat Bobtail Bear was placed on escape status effective March 27, 2020, by the Bureau of Prisons. Bobtail Bear's current location remains unknown.

Wherefore, I request the issuance of a criminal complaint for Escape from Custody and a warrant for the arrest of Chat Bobtail Bear.

Brent Johnson
Deputy United States Marshal

Sworn to before me this __3__ day of April, 2020 by reliable electronic means

Daneta Wollmann
United States Magistrate Judge

ORDER

Based on the foregoing, it is hereby found that probable cause exists for the issuance of a warrant for the arrest of the above-named offender, and it is hereby ORDERED that such warrant be issued.

Dated this _3rd_ day of April, 2020.

Daneta Wollmann
United States Magistrate Judge